AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT

### for the

### District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mahesh Patel | ) | Case No. |
| | ) | 3:21MJ1189 (RAR) |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

DEC 7 2021 AM 7:56
FILED-USDC-CT-HARTFORD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2011 to 2019_____ in the county of _____Hartford_____ in the
_____ District of _____Connecticut_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 15 U.S.C. § 1 | Conspiracy in restraint of trade. |

This criminal complaint is based on these facts:

See attached affidavit of DCIS Special Agent Christopher Mehring, which is expressly incorporated herein by reference.

☑ Continued on the attached sheet.

MEHRING.CHRIST
OPHER.MICHAEL.1
255909890
Digitally signed by
MEHRING.CHRISTOPHER.MIC
HAEL.1255909890
Date: 2021.12.06 12:53:43 -05'00'

*Complainant's signature*

Special Agent Christopher Mehring, DCIS

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone (specify reliable electronic means).

Date:     12/06/2021

Robert A.
Richardson
Digitally signed by Robert
A. Richardson
Date: 2021.12.06
17:32:08 -05'00'

*Judge's signature*

City and state:     Hartford, CT

Hon. Robert A. Richardson, U.S. Magistrate Judge

*Printed name and title*