UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE CRIMINAL COMPLAINT                    CASE NO. 3:21MJ__1189____ (RAR)

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the enclosed criminal complaint, arrest warrant, and supporting affidavit.  The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing.  Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the target of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, and by limiting the use of the grand jury to develop further admissible evidence.  Further, disclosure of the contents of the sealed documents could endanger the safety of law enforcement officers who will be executing the arrest warrant.

The government requests that the criminal complaint, arrest warrant and affidavit of Defense Criminal Investigative Service (DCIS) Special Agent Christopher Mehring, filed in support of the same, remain sealed until the defendant's initial appearance in this Court to avoid disclosure of law enforcement methods and techniques.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

/S/
DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
Fed Bar No. ct30434
157 Church Street, 23rd Floor
New Haven, CT 06510 / (203) 821-3700