UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21-CR-220 (VAB) |
| v. | |
| MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, and GARY PRUS, | |
| | June 22, 2022 |
| *Defendants*. | |

### DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY PAGES

Defendants Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus hereby respectfully seek leave to file a Memorandum of Law of no more than fifty (50) pages. The government consents to this Motion subject to the conditions set forth herein. In support of this Motion, Defendants represent the following:

1. Defendants have been unable to identify a Local Criminal Rule establishing the page limit applicable to Defendants' Memorandum of Law in support of their Joint Motion to Dismiss the Indictment ("Joint Motion to Dismiss Brief"). However, Defendants have observed that Local Civil Rule 7(a) ("Motion Procedures") provides that, "[e]xcept by order of the Court," memoranda of law in support of, or in opposition to, a motion, "shall be no more than forty (40) 8 1/2" by 11" printed pages . . . ." L. Civ. R. 7(a)5. While L. Civ. R. 7(a)5 does not appear to be explicitly incorporated into the Local Criminal Rules, Defendants file this motion for leave to file a Joint Motion to Dismiss Brief exceeding forty pages in an abundance of caution.

2. Defendants have endeavored to condense their Joint Motion to Dismiss Brief within the forty-page limit set forth in L. Civ. R. 7(a)5. However, in order to address adequately the legal arguments applicable to the Indictment's allegations as to the six Defendants, Defendants expect to require several additional pages.

3. Concurrent with their Joint Motion to Dismiss Brief, Defendants anticipate filing a Memorandum of Law in support of a Joint Motion for Disclosure of Grand Jury Minutes ("Joint Grand Jury Minutes Brief"). Defendants do not seek leave to exceed the forty-page limit set forth in L. Civ. R. 7(a)5 with respect to the Joint Grand Jury Minutes Brief.

4. Other than Defendants' Joint Motion to Dismiss the Indictment and Joint Motion for Disclosure of Grand Jury Minutes, Defendants do not anticipate filing any additional motions of the type referred to in the Court's Revised Scheduling Order as "substantive pretrial motions." ECF No. 157.

5. Counsel for Defendants have conferred with the government concerning the above proposal, and, upon Defendants' representations that (i) Defendants do not anticipate filing substantive pretrial motions other than their Joint Motion to Dismiss the Indictment and Joint Motion for Disclosure of Grand Jury Minutes; and (ii) Defendants consent to the government filing, in opposition to Defendants' Joint Motion to Dismiss the Indictment, a Memorandum of Law of a length not exceeding the number of pages of Defendants' Joint Motion to Dismiss Brief, the government indicated that it consents to this motion.

WHEREFORE, Defendants respectfully seek leave to file a Memorandum of Law that exceeds the forty-page limit set forth in L. Civ. R. 7(a)5 by ten (10) pages.

Respectfully submitted,

*/s/ Guy Petrillo*
GUY PETRILLO (ct19924)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com

PAUL MCCONNELL (ct29062)
71 Elm Street, Suite 20
New Canaan, CT 066840
T: (203) 344-7007
F: (203) 344-7009
Email: paul.mcconnell@familylaw.com

*Counsel for Robert Harvey*

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com

*Counsel for Mahesh Patel*

*/s/ Craig A. Raabe*
CRAIG A. RAABE (ct04116)
Izard, Kindall & Raabe LLP
29 South Main Street,
West Hartford, CT 06107
T: (860) 513-2939
F: (860) 493-6290
Email: craabe@ikrlaw.com

MARC A. WEINSTEIN (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
T: (212) 837-6460
F: (212) 299-6460
Email: marc.weinstein@hugheshubbard.com

*Counsel for Harpreet Wasan*

*/s/ Patrick A. Klingman*
PATRICK A. KLINGMAN (ct17813)
Klingman Law, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06013
T: (860) 256-6120
Email: pak@klingmanlaw.com

RICHARD F. ALBERT (pro hac vice)
Morvillo, Abramowitz, Grand, Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9560
F: (212) 856-9494
Email: ralbert@maglaw.com

*Counsel for Steven Houghtaling*

*/s/ James M. Moriarty*
JAMES M. MORIARTY (ct21876)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
T: (203) 368-4234
F: (203) 368-5485
Email: jmoriarty@zeislaw.com

MARC SIEGEL (pro hac vice)
Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP
235 Montgomery Street, Suite 835
San Francisco, California 94104
T: 415-795-2050
F: 415-520-5678
Email: msiegel@fbjgk.com

*Counsel for Tom Edwards*

/s/ Audrey A. Felsen
AUDREY A. FELSEN (ct20891)
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
T: (203) 327-1500
F: (203) 327-7660
Email: afelsen@aol.com

*Counsel for Gary Prus*

# CERTIFICATION OF SERVICE

This is to certify that, on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: */s/ Guy Petrillo*
Guy Petrillo