# EXHIBIT A



U.S. Department of Justice

Antitrust Division

*New York Office*
26 Federal Plaza, Room 3630
New York, New York   10278-0140
Phone 646-714-1906  Fax 212-335-8023

February 13, 2023

Counsel for All Defendants
By Email

## Re:  United States v. Mahesh Patel et al. – 404(b) Notice

Dear Counsel:

We have received letters from Defendants Harvey, Wasan, and Houghtaling (dated February 10) and Defendant Patel (dated February 12) concerning the United States' first 404(b) notice. While we do not agree with all the statements in those letters, we do intend this amended notice to respond to those letters and, hopefully, resolve any dispute between the parties on this issue.

The United States hereby provides an amended notice of its intent to offer evidence that may be construed as other crimes, wrongs, or acts of Defendants under Federal Rule of Evidence 404(b) and that it may introduce in its case-in-chief or in rebuttal, for any and all legitimate purposes, including to show motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, and lack of accident.

The government is providing notice of the evidence listed below out of an abundance of caution and does not concede that it is, in fact, evidence of other crimes, wrongs, or acts under Rule 404(b). The government reserves the right to argue that the evidence described below is intrinsic to the conduct charged in the Indictment, or background information, and therefore relevant under Federal Rules of Evidence 401 and 402.

In addition, at this stage of pretrial proceedings—less than seven weeks before the start of evidence, and with no discovery from the defense—the government cannot predict with certainty whether it will seek to offer other crimes or acts evidence, including the evidence set forth below, because the government does not know what Defendants' theory at trial will be. Whether the government does introduce other crimes or acts evidence, including this evidence, depends in part on how the actual trial proceeds and whether motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident is a disputed issue. *See United States v. Figueroa*, 618 F.2d 934 (2d Cir. 1980). Nevertheless, we are providing you with the information contained in this letter so that you may consider it as evidence that the government may seek to introduce pursuant to Rule 404(b), along with any other such evidence of which the government subsequently provides notice.

NOTICE (as amended February 13, 2023)

1. <u>Conduct Related to India</u>: ██████████████████████
██████████████████████████████████████████████████████

▇▇▇ The Government may offer this evidence as tending to show, for the referenced Defendants: (A) motive and opportunity with respect to agreeing to restrict the hiring and recruiting of aerospace workers in the United States (the charged conduct), ▇▇▇ ▇▇▇; and (B) knowledge, intent, absence of mistake, and lack of accident in engaging in such conduct in the United States ▇▇▇ ▇▇▇. This evidence may be offered by documents or witness testimony (summarized herein); examples of relevant documents are GX-0201 and GX-0515.

2. <u>Conduct Relating to Charitable Donations</u>: ▇▇▇
▇▇▇
▇▇▇
▇▇▇ The Government may offer this evidence as tending to show motive, opportunity, and knowledge of ▇▇▇ and alleged co-conspirators ▇▇▇
▇▇▇
▇▇▇ This evidence may be offered primarily by witness testimony with supporting documents, the nature of which is summarized herein.

3. <u>Conduct Relating to</u> ▇▇▇
▇▇▇:

(i) ▇▇▇
▇▇▇
▇▇▇
▇▇▇

(ii) ▇▇▇
▇▇▇
▇▇▇

In addition, ▇▇▇
▇▇▇.

The Government may offer this evidence as tending to show, for the referenced Defendants: motive, opportunity, knowledge, intent, absence of mistake, and lack of accident with respect to agreeing to restrict hiring and recruiting of workers assigned to Pratt projects (the charged conspiracy), ▇▇▇ and with certain of the same co-conspirators. This evidence may be offered by documents or witness testimony (summarized herein); examples of relevant documents are GX-0205 and GX-0021.

4.      Pre-Charge Period Conduct: Certain Defendants and their co-conspirators engaged in conduct prior to 2011 that may be relevant to the crime with which they are charged, including: (i) ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████; and (ii) ███████████████████████████████████████████████████████████████. The Government may offer this evidence as tending to show, for the referenced Defendants: motive, opportunity, knowledge, intent, absence of mistake, and lack of accident with respect to engaging in the charged conspiracy, as evidenced by their engagement in similar conduct at an earlier time, including with certain of the same co-conspirators. This evidence may be offered by documents or witness testimony (summarized herein); an example of relevant documents is GX-0031.

5.      Post-Charge Period Conduct: Certain Defendants and their co-conspirators engaged in conduct after September 2019 that may be relevant to the crime with which they are charged, including:

   (i)     ████████████████████████████████████████████████████████████████████████████

   (ii)    All Defendants and certain co-conspirators ██████████████████████████ ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The Government may offer this evidence as tending to show: (A) ████████████████ ███████████████████████████████████████, remained members of the charged conspiracy later than September 2019; (B) with respect to ███████████████████████, motive, opportunity, knowledge, intent, absence of mistake, and lack of accident with respect to engaging in the charged conspiracy, as evidenced by their engagement in similar conduct at a later time, including with certain of the same co-conspirators; and (C) with respect to all Defendants, existence and nature of the charged conspiracy, as revealed by post-conspiracy business practices, as described in subsection (ii) above. This evidence may be offered by documents or witness testimony (summarized herein); examples of relevant documents are GX-0575 and GX-0567.

If you have any questions or comments concerning the amended notice above, please let us know.

Yours,

*Carrie A. Syme*

CARRIE A. SYME

Trial Attorney
New York Office
Department of Justice, Antitrust Division