## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, and GARY PRUS,<br><br>*Defendants*. | Case No.<br>3:21-CR-220 (VAB)<br><br><br><br><br><br>February 23, 2023 |

### DEFENDANTS' JOINT MOTION TO SEAL

Pursuant to District of Connecticut Local Rule of Criminal Procedure 57(b), Defendants Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this motion to seal in part:

(1) Defendant Robert Harvey and Defendant Harpreet Wasan's Joint Motion *in Limine* to Exclude Evidence and Argument Regarding Their Compensation (ECF No. 331);

(2) Defendants' Joint Motion *in Limine* to Exclude Certain Lay Opinion Testimony (ECF No. 332);

(3) Defendants' Joint Motion *in Limine* for Modified *Geaney* Trial Procedure (ECF No. 333);

(4) Defendant Robert Harvey's Motion *in Limine* to Exclude Evidence of Uncharged Conduct, and Exhibit A thereto (ECF No. 334); and

(5) Defendant Robert Harvey's Motion *in Limine* to Exclude Evidence Concerning Circumstances Relating to the Separation of a Global Account Manager from QuEST Global (ECF No. 335).

Defendants also move to seal in full Exhibits A through G to ECF No. 331 and Exhibits A and B to ECF No. 335.

Because the above-referenced motions and exhibits contain, describe, and/or consist of information protected by Fed. R. Crim. P. 6(e) and/or material subject to the Amended Protective Order regarding discovery in this case, ECF No. 286, the sealing of such material is warranted. The proposed sealing by Defendants is also narrowly tailored to serve the interest in public access. Defendants have redacted for the public record only those portions of the above-mentioned motions that refer to such protected material.

Respectfully submitted,

/s Brian E. Spears
BRIAN E. SPEARS (ct14240)
IVAN LADD-SMITH (ct30982)
LESLIE A. CAHILL (ct31242)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com

*Counsel for Mahesh Patel*

/s/ Guy Petrillo
GUY PETRILLO (pro hac vice)
LEONID SANDLAR (pro hac vice)
CAELYN STEPHENS (pro hac vice)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com

PAUL MCCONNELL (ct29062)
71 Elm Street, Suite 20
New Canaan, CT 066840
T: (203) 344-7007
F: (203) 344-7009
Email: paul.mcconnell@familylaw.com

*Counsel for Robert Harvey*

*/s/ Marc A. Weinstein*
MARC A. WEINSTEIN (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
T: (212) 837-6460
F: (212) 299-6460
Email: marc.weinstein@hugheshubbard.com

CRAIG A. RAABE (ct04116)
Izard, Kindall & Raabe LLP
29 South Main Street,
West Hartford, CT 06107
T: (860) 513-2939
F: (860) 493-6290
Email: craabe@ikrlaw.com

*Counsel for Harpreet Wasan*

*/s/ Richard F. Albert*
RICHARD F. ALBERT (pro hac vice)
JORJA KNAUER (pro hac vice)
ANDREW DENNIS DILLON (pro hac vice)
Morvillo, Abramowitz, Grand, Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9560
F: (212) 856-9494
Email: ralbert@maglaw.com

PATRICK A. KLINGMAN (ct17813)
Klingman Law, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06013
T: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Steven Houghtaling*

*/s/ Craig A. Gillen*
CRAIG A. GILLEN (pro hac vice)
ANTHONY CHARLES LAKE (pro hac vice)
Gillen Withers & Lake LLC
400 Galleria Parkway
Suite 1920
Atlanta, GA 30339
T: (404) 842-9700
F: (404) 842-9750
Email: aclake@gwllawfirm.com

MARC SIEGEL (pro hac vice)
Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP
235 Montgomery Street, Suite 835
San Francisco, California 94104
T: 415-795-2050
F: 415-520-5678
Email: msiegel@fbjgk.com

JAMES M. MORIARTY (ct21876)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
T: (203) 368-4234
F: (203) 368-5485
Email: jmoriarty@zeislaw.com

*Counsel for Tom Edwards*

*/s/ Audrey A. Felsen*
AUDREY A. FELSEN (ct20891)
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
T: (203) 327-1500
F: (203) 327-7660
Email: afelson@aol.com

        KENNETH ROSENTHAL (ct05944)
        Law Office of Kenneth Rosenthal
        One Audubon Street, 3d Fl.
        New Haven, CT 06511
        T:(203) 915-4235
        F: (203) 306-3286
        Email: krosenthal@gs-lawfirm.com

*Counsel for Gary Prus*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
       February 23, 2023

 /s/ Guy Petrillo
Guy Petrillo (pro hac vice)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com