UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:21-CR-220 (VAB) |
| | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, | : | March 9, 2023 |
| ROBERT HARVEY, | : | |
| HARPREET WASAN, | : | |
| STEVEN HOUGHTALING, | : | |
| TOM EDWARDS, and | : | |
| GARY PRUS | : | |

**MOTION TO SEAL**

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the following pleadings:

- The United States' Opposition to Defendants' Motions *in Limine* Regarding Noncompete Agreements;

- The United States' Omnibus Opposition to Defendants' Motions *in Limine* to Preclude the Government's Potential Use of Certain Words, Phrases and Concepts; and

- The United States' Omnibus Opposition to Defendants' Motions *in Limine* to Exclude Other Act Evidence.

These pleadings contain the identities of Companies A-F, the names of potential witnesses at trial, information contained in grand jury transcripts and derived from grand jury proceedings, information from witness statements, and the contents of potential trial exhibits that have not been publicly disclosed. None of this information has been publicly disclosed and the sealing of these pleadings is necessary to protect the privacy interests of the above-identified entities and witnesses and the integrity of the upcoming trial proceedings.

The requested sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, the requested sealing of these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

Respectfully submitted,

/s/ T. Jakob Sebrow
CARRIE A. SYME
T. JAKOB SEBROW
TRIAL ATTORNEYS
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
Tel.: (646) 714-1906

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434
United States Attorney's Office,
District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2023, a copy of the foregoing Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ T. Jakob Sebrow*
                                            T. Jakob Sebrow
                                            Trial Attorney
                                            U.S. Department of Justice, Antitrust Division