# EXHIBIT A

*USA v. Patel et al*, Case No. 3:21-cr-220 (VAB)

**Publicly Available Materials Related to Pratt & Whitney and Its Products**

https://agilis.com/
https://aviationweek.com/airbus-pratt-applaud-first-pw1000g-test-flight
https://aviationweek.com/airbus-test-flight-gtf
https://aviationweek.com/engine-makers-eye-a320-737-replacement-needs
https://aviationweek.com/exclusivity-agreements-reshaping
https://aviationweek.com/next-generation-single-aisles-could-see-three-engine-offerings
https://aviationweek.com/open-rotors-new-cores-advanced-concepts-emerge
https://aviationweek.com/pratt-boss-sees-no-competition-geared-turbofan-engine
https://aviationweek.com/pratt-digs-geared-turbofan-test-data-readies-engine-airbus-demonstration
https://aviationweek.com/prattwhitney-launches
https://aviationweek.com/primetime-engines
https://aviationweek.com/pw-hopes-reclaim-narrowbodies-new-geared-ducted-fan-0
https://aviationweek.com/rolls-chief-dismisses-pw8000-20th-century-relic
https://fortune.com/2014/06/02/fortune-500-united-technologies/
https://psnet.com/
https://www.aerospace-technology.com/features/featureengines-engaged-powering-the-a320neo-and-boeings-737-max/
https://www.ainonline.com/aviation-news/air-transport/2009-11-12/big-three-engine-makers-are-target-new-technology
https://www.belcan.com/
https://www.bloomberg.com/news/articles/2015-10-15/pratt-s-purepower-gtf-jet-engine-innovation-took-almost-30-years#xj4y7vzkg
https://www.courant.com/news/connecticut/hc-xpm-1993-12-26-0000000247-story.html
https://www.cyient.com/
https://www.flightglobal.com/civil-engines-pratt-and-whitney-gears-up-for-the-future-with-gtf/77670.article
https://www.flightglobal.com/gearing-up-again-pratt-and-whitneys-obsession-with-the-geared-turbofan/66110.article
https://www.flightglobal.com/pratt-and-whitney-strains-every-nerve-to-rescue-pw6000/42513.article?adredir=1\
https://www.nytimes.com/1985/09/20/business/pratt-whitney-s-workhorse.html
https://www.nytimes.com/2010/12/02/business/global/02airbus.html
https://www.quest-global.com/
https://www.reuters.com/article/us-general-electric-united-tech-engine/ge-exec-says-avoided-geared-design-in-jet-engine-battle-with-pratt-idUSKBN0HA2H620140915
https://www.reuters.com/article/us-usa-aerospace-engines-analysis/pratt-ge-battle-over-billions-in-jet-engine-orders-idUSBREA1H0PA20140218
https://www.wsj.com/articles/SB10001424052702304887904576399623696677548