UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | Crim. No. 3:21-CR-220 (VAB) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, | : | March 31, 2023 |
| ROBERT HARVEY, | : | |
| HARPREET WASAN, | : | |
| STEVEN HOUGHTALING, | : | |
| TOM EDWARDS, and | : | |
| GARY PRUS | : | |

## MOTION TO ADMIT

Consistent with Government's Motion in Limine #3, the Government moves to admit the following exhibits during the testimony of Jordan Salvatore. After conferring with defense counsel, the Government understands that counsel for Mr. Wasan will object to each of these documents on hearsay grounds. Accordingly, in an effort to streamline the trial and assist the Court, the Government has prepared the following charts:

| Exhibit | Basis |
|---|---|
| GX-0166A | 803(3); alternatively, not being offered for the truth of the matter asserted, but to show knowledge of declarant, declarant's state of mind, and effect on the recipient |
| GX-0223A | Email from Mr. Patel on page 7 onward: 801(d)(2)(E)<br>Balance of email: 801(d)(2)(D) as it pertains to S. Gallo; 803(3) as to Mr. Salvatore; alternatively, not being offered for the truth of the matter asserted, but to show knowledge of declarant, declarant's state of mind, and effect on the recipient |
| GX-0175A | 803(3); alternatively, not being offered for truth of the matter asserted, but to show knowledge of declarant, declarant's state of mind, and state of mind and notice to recipients (including Mr. Patel). This email is later forwarded to Mr. Wasan and Mr. Harvey at GX-178. |
| GX-180A | 803(3); alternatively, not being offered for truth of the matter asserted, but to show knowledge of declarant, declarant's state of mind, and state of mind and notice to recipients. This email is later forwarded to Mr. Wasan at GX-180. |

The Government will also move for the admission of these documents after Mr. Salvatore's testimony:

| Exhibit | Basis |
|---|---|
| GX-0168 | 801(d)(2)(E) |
| GX-0177 | 801(d)(2)(E) |
| GX-0178 | 801(d)(2)(E) |
| GX-0180 | Not being offered for truth of the matter asserted, but to show knowledge of declarant, declarant's state of mind, and state of mind and notice to recipients. |
| GX-0179 | Government understands there is no defense objection to admitting this exhibit. |

Respectfully submitted,

CARRIE A. SYME
T. JAKOB SEBROW
TRIAL ATTORNEYS
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
Tel.: (646) 714-1906

*/s/ David T. Huang*
DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434
United States Attorney's Office,
District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, a copy of the foregoing Motion to Admit was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 */s/ David T. Huang*
                                                 David T. Huang
                                                 Assistant United States Attorney