UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:21CR220 (VAB) |
| | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, ET AL. | : | April 16, 2023 |

**MOTION TO SEAL**

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order to seal the Government's Notice and the Exhibit 1 to the Notice until further order of the Court. This reply contains information related to proffered government exhibits and anticipated witness testimony, which have not yet been admitted or otherwise entered in the public record.

The requested sealing is warranted because the presumption of access to this document is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, the requested sealing of these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

Respectfully submitted,

*/s/ Amanda A. Barnes*
CARRIE A. SYME
T. JAKOB SEBROW
AMANDA A. BARNES
TRIAL ATTORNEYS
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
Tel.: (202) 677-2673

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434

United States Attorney's Office,
District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2023, a copy of the foregoing Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Amanda A. Barnes*
                                      Amanda A. Barnes
                                      Trial Attorney