UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. |
| | : | 3:21-CR-220 (VAB) |
| v. | : | |
| | : | |
| MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, and GARY PRUS, | : : : : | |
| | : | April 27, 2023 |
| *Defendants.* | : | |
| | : | |

**DEFENDANTS' JOINT MOTION TO STRIKE THE GOVERNMENT'S SUR-REPLY**

Defendants Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus (collectively, "Defendants") respectfully move to strike the inappropriate and unauthorized sur-reply filed by the government in response to Defendants' Joint Motion for Judgment of Acquittal.  (*See* ECF No. 596.)

Pursuant to D. Conn. Local Civil Rule 7(a)(d), incorporated by Local Criminal Rule 1(c), "[n]o sur-replies may be filed without permission of the Court, which may, in its discretion, grant permission upon a showing of good cause."  In addition, this Court's pretrial practices state that "sur-reply briefs are rarely necessary, even in complex cases," and indicate that His Honor "expects that any subsequent briefing will be accompanied by a motion for permission to file."

Even if the government had sought permission to file a sur-reply, which it has not, its belated filing cannot meet the "good cause" standard set forth in the Local Rules.  The bulk of the government's sur-reply, which responds to Defendants' ancillary restraints arguments discussed at the hearing on April 25 and in Defendants' opening brief, is not responsive to the points set forth in Defendants' reply, and—as a 13-page brief, significant portions of which are single spaced, filed

49 minutes after Defendants' [eight] page reply—was clearly drafted in advance of the filing of Defendants' reply as an attempt to compensate for the government's failure to address these issues adequately in its opposition memorandum. In addition, the sur-reply includes unwarranted attacks on the Court's prior rulings and the incredible assertion that the Court is responsible for the government's evidentiary failures, rendering it not only procedurally but also substantively improper. Such gamesmanship is unbecoming of the government and should not be countenanced.

For these reasons, Defendants request that the brief be stricken from the record in its entirety.

Respectfully submitted,

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
IVAN J. LADD-SMITH (ct30982)
LESLIE A. CAHILL (ct31242)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com

*Counsel for Mahesh Patel*

*/s/ Guy Petrillo*
GUY PETRILLO (pro hac vice)
CAELYN STEPHENS (pro hac vice)
LEONID SANDLAR (pro hac vice)
Petrillo Klein & Boxer LLP
655 Third Avenue 22nd Floor
New York, NY 10017
T: (212) 370-0330
Email: gpetrillo@pkbllp.com

PAUL MCCONNELL (ct29062)
71 Elm Street, Suite 20
New Canaan, CT 066840
T: (203) 344-7007
F: (203) 344-7009

Email: paul.mcconnell@familylaw.com

*Counsel for Robert Harvey*

/s/ Marc A. Weinstein
MARC A. WEINSTEIN (pro hac vice)
KIRAN ROSENKILDE (pro hac vice)
RAQUEL GONORETZKY (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
T: (212) 837-6460
F: (212) 299-6460
Email: marc.weinstein@hugheshubbard.com

CRAIG A. RAABE (ct04116)
Izard, Kindall & Raabe LLP
29 South Main Street,
West Hartford, CT 06107
T: (860) 513-2939
F: (860) 493-6290
Email: craabe@ikrlaw.com

*Counsel for Harpreet Wasan*

/s/ Richard F. Albert
RICHARD F. ALBERT (pro hac vice)
ANDREW DENNIS DILLON (pro hac vice)
JORJA KNAUER (pro hac vice)
Morvillo, Abramowitz, Grand, Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9560
F: (212) 856-9494
Email: ralbert@maglaw.com

PATRICK A. KLINGMAN (ct17813)
Klingman Law, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06013
T: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Steven Houghtaling*

/s/ Craig A. Gillen
CRAIG A. GILLEN (pro hac vice)
ANTHONY CHARLES LAKE (pro hac vice)
Gillen Withers & Lake LLC
400 Galleria Parkway
Suite 1920
Atlanta, GA 30339
T: (404) 842-9700
F: (404) 842-9750
Email: aclake@gwllawfirm.com

MARC SIEGEL (pro hac vice)
Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP
235 Montgomery Street, Suite 835
San Francisco, California 94104
T: 415-795-2050
F: 415-520-5678
Email: msiegel@fbjgk.com

*Counsel for Tom Edwards*

/s/ Audrey A. Felsen
AUDREY A. FELSEN (ct20891)
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905
T: (203) 327-1500
F: (203) 327-7660
Email: afelsen@aol.com

KENNETH ROSENTHAL (ct05944)
Law Office of Kenneth Rosenthal
One Audubon Street, 3d Fl.
New Haven, CT 06511
T:(203) 915-4235
F: (203) 306-3286
Email: krosenthal@gs-lawfirm.com

*Counsel for Gary Prus*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)