◯ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF ____Connecticut____

UNITED STATES OF AMERICA

V.

Mahesh Patel

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:21-cr-00220-VAB-1

The Defendant was found not guilty on counts 1 of the Indictment.  IT IS ORDERED that the Defendant is acquitted as to count 1 of the Indictment.

Victor Bolden        Digitally signed by Victor Bolden  
                              Date: 2023.04.28 10:13:57 -04'00'

Signature of Judge

Victor A. Bolden, United States District Judge

| Name of Judge | Title of Judge |

4/28/2023

Date